**Latasha Lorraine ASKINS, Plaintiff–Appellant,**

v.

**John BELISSARY; New Generations Home Care LLC; Ann Belissary; Lynn Ford, Defendants–Appellees.**

**No. 14–1126.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 27, 2014.

Decided: April 1, 2014.

Latasha Lorraine Askins, Appellant Pro Se. Joseph Jakob Kennedy, Turner Padget Graham & Laney, PA, Florence, South Carolina, for Appellees.

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latasha Lorraine Askins appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of the Appellees on Askins' claims of retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Askins v. Belissary,* No. 4:12–cv–01856–RBH, 2014 WL 507279 (D.S.C. Feb. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*